RECEIVED
IN LAKE CHARLES, LA

JUL 21 2009
PAT
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETER ROY ALFRED | : | DOCKET NO. 2:09-cv-768 |
| VS. | : | JUDGE TRIMBLE |
| GEO GROUP, INC., ET AL. | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Before the court is a *pro se* civil rights Complaint filed by plaintiff Peter Roy Alfred. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections. He is incarcerated at Winn Correctional Center, Winnfield, Louisiana but complains of events that occurred while incarcerated at Allen Correctional Center (ACC), Kinder, Louisiana.

Plaintiff asked to be allowed to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915. Doc. 2. On May 18, 2009, his motion was granted. Doc. 3. Further review of the court records reveals that plaintiff has filed at least twelve (12) lawsuits and at least three complaints were dismissed as frivolous and/or for failure to state a claim.[1]

Title 28 U.S.C. § 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is

---

[1] *See Alfred v. Pub. Safety & Corrs., et al.*, 07-cv-986 (partial dismissal of complaint with prejudice as frivolous); *Alfred v. Forcht Wade Corr. Ctr., et al.*, 07-cv-2098 (dismissal [after service] with prejudice as frivolous); *Alfred v. Wilkinson, et al.*, 08-cv-532; *Alfred v. Lofton, et al.*, 08-cv-554; *Alfred v. Corrs. Corp. of Am., et al.*, 09-cv-300; *Alfred v. Corrs. Corp. of Am., et al*, 08-cv-643 (partial dismissal of complaint with prejudice as frivolous); *Alfred v. Allen Corr. Ctr., et al.*, 03-cv-703 (partial dismissal of complaint with prejudice as frivolous)

frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff's present claims center around complaints that he was denied adequate medical care and that he was exposed to second hand smoke. He prays for compensatory and punitive damages. He makes no factual allegations to support a finding that he is in "under imminent danger of serious physical injury." In fact, plaintiff has not been housed at ACC since 2004.

In short, plaintiff is not eligible to proceed *in forma pauperis* in this matter. Therefore,

**IT IS ORDERED** that plaintiff's *in forma pauperis* status [doc. 2] is hereby **REVOKED** and **RESCINDED**;

**IT IS FURTHER ORDERED** that in order for this Complaint to remain viable, plaintiff must pay the full filing fee of $350.00 within twenty (20) days from the date of this order. **FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.**

**THUS DONE AND SIGNED** in Chambers, in Lake Charles, Louisiana this 21st day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE